# EXHIBIT B

| US7916877B2 | Attero Tech unA6IO-BT ("The Accused Product") |
|---|---|
| 17. A method of operation for a switching component forming a part of a modular audio unit comprising an inter-unit communication component providing inter-unit communications with at least one peer system, comprising: | The accused product practices a method of operation for a switching component (e.g., the component of the accused product which switches the input source from an RCA inputs/ 3.5 mm stereo input to Bluetooth, or vice versa, among other possible switching scenarios) forming a part of a modular audio unit (e.g., the accused product) comprising an inter-unit communication component (e.g., Bluetooth chip of the accused product for communication with other Bluetooth devices) providing inter-unit communications (e.g., Bluetooth communication) with at least one peer system (e.g., a smartphone).    Preliminary - Available Q3 2017 The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.  |

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be select-ed via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

## SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

## ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

### SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

### ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

| | |
|---|---|
| receiving first signals corresponding to first | The accused product practices receiving first signals (e.g., RCA inputs/ 3.5 mm stereo input signals) corresponding to first entertainment content (e.g., content from portable audio player via RCA inputs/ 3.5 mm stereo input input) from a player device (e.g., a portable audio device). |

| entertainment content from a player device; | **FEATURES AND BENEFITS**<br><br>• Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status<br>• Defeatable pairing button for restricted use applications with 3rd party control systems<br>• Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs<br>• Compatible with most smartphones, Apple iPads, and Android tablets<br>• Two RCA and one 3.5mm stereo input<br>• One 3.5mm stereo output on the front. All outputs feature software controlled volume<br>• 802.3af compliant PoE powered to work with any compliant PoE network switch<br>• RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)<br>• Bluetooth™ audio is carried as stereo onto the AES67 network<br>• AES67 is compatible with **all** QSC Core DSPs<br><br>https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf |



**unA6IO-BT Front, Rear, and Audio Flow**

## SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

## ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

As shown below, the player device (e.g., the portable audio device) can be selected as an input to the accused product.



**unA6IO-BT Front, Rear, and Audio Flow**

### SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

### ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

| | |
|---|---|
| receiving second signals corresponding to second entertainment content | The accused product practices receiving second signals (e.g., audio signals via Bluetooth from a smartphone) corresponding to second entertainment content (e.g., audio content from the Bluetooth paired |

| from the inter-unit communication component; and | smartphone) from the inter-unit communication component (e.g., Bluetooth chip of unA6IO-BT for communication with other Bluetooth devices). |
|---|---|





# unA6IO-BT

**Bluetooth® + AES67 IN-WALL I/O INTERFACE**

**Preliminary - Available Q3 2017**

The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.



https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

### SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

### ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

| selectively outputting the first signals and the second signals to a | The accused product practices selectively outputting the first signals (e.g., audio signals via RCA inputs/ 3.5 mm stereo input from a portable audio device) and the second signals (e.g., audio content from the Bluetooth paired smartphone) to a playback component (e.g., device connected to the 3.5 mm output, |
|---|---|

| | |
|---|---|
| playback component wherein the player device and the playback component are separate from one another and wherein both the player device and the playback component are external to the modular audio unit. | such as a speaker) wherein the player device (e.g., a portable audio device connected to the 3.5mm input) and the playback component (e.g., device connected to 3.5 mm output, such as a speaker) are separate from one another and wherein both the player device and the playback component are external to the modular audio unit (e.g., the accused product).<br><br>As shown below, playback component (e.g., device connected to 3.5 mm output, such as a speaker), player device (e.g., portable audio device connected to the 3.5mm input), and modular audio unit (e.g., the accused product) are all individual separate components.<br><br><br><br>**Preliminary - Available Q3 2017**<br><br>The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.<br><br>https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf |

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

## SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software selectable

**Output Noise:** <-90dBu @ 0dB gain

**3.5mm Output:** RF filtered line level

**Maximum Output Level(3.5mm):** +12dBu

## ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

The internal analog to digital signal conversion shall be performed at 24-bit resolution with a sampling frequency of 48 kHz. The AES67 interface unit shall receive power over the Ethernet cable from an 802.3af PoE compliant network switch. The AES67 interface shall be wall mounted in a

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf





# unA6IO-BT

**Bluetooth® + AES67 IN-WALL I/O INTERFACE**

**Preliminary - Available Q3 2017**

The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.



https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

As shown below, the modular unit receives signal from portable audio device in the form of a first signal (e.g., RCA inputs/ 3.5 mm stereo input signal), and also from Bluetooth paired smartphone in the form of the second signal (e.g., received Bluetooth signal).





# unA6IO-BT

**Bluetooth** + AES67 IN-WALL I/O INTERFACE

**Preliminary - Available Q3 2017**

The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.



https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

## SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

## ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

**SPECIFICATIONS**

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

**ARCHITECTS & ENGINEERS SPECS**

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

| | |
|---|---|
| 19. The method of claim 17 wherein the playback | The playback component utilized by the accused product comprises a speaker (speaker may be connected to 3.5 mm output). |

component comprises a speaker.



# unA6IO-BT

**Bluetooth® + AES67 IN-WALL I/O INTERFACE**

**Preliminary - Available Q3 2017**

The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.



https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be selected via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf



**unA6IO-BT Front, Rear, and Audio Flow**

## SPECIFICATIONS

**Bluetooth® Profile:** A2DP - Stereo audio is streamed from a Bluetooth® device and onto the AES67 network

**RCA and 3.5mm Inputs:** RF filtered line level, input source software selectable

**Maximum Input Levels (3.5mm/RCA):** +12dBu

**Output Volume Range:** 0dB to -60dB in 1dB steps, software selectable

**Output Noise:** <-90dBu @ 0dB gain

**3.5mm Output:** RF filtered line level

**Maximum Output Level(3.5mm):** +12dBu

## ARCHITECTS & ENGINEERS SPECS

The AES67 Bluetooth® interface unit shall provide stereo Bluetooth® wireless connectivity onto a AES67 network, and a simple, one-button pairing interface. The unit shall provide two RCA line level inputs and one 3.5mm TRS line level input. The unit shall provide a 3.5mm TRS line level output, on the front of the unit. These outputs shall have software controlled volume.

The internal analog to digital signal conversion shall be performed at 24-bit resolution with a sampling frequency of 48 kHz. The AES67 interface unit shall receive power over the Ethernet cable from an 802.3af PoE compliant network switch. The AES67 interface shall be wall mounted in a

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

| 20. The method of claim 17 wherein the second entertainment content is entertainment content received by the inter-unit communication component from a peer system from the one or more peer systems, and selectively outputting comprises outputting the second signals corresponding to the second entertainment content received from the peer system to the playback component. | The second entertainment content is entertainment content (e.g., audio content from the Bluetooth paired smart device) received by the inter-unit communication component from a peer system (e.g., Bluetooth of the accused product for communication with other Bluetooth devices) from the one or more peer systems (e.g., various Bluetooth based devices ), and selectively outputting comprises outputting the second signals (e.g., received Bluetooth signals) corresponding to the second entertainment content (e.g., audio content from the Bluetooth paired smart device) received from the peer system (e.g., the smart device) to the playback component (e.g., headphones connected to the headphone jack). |

# unA6IO-BT

## 🔵 **Bluetooth** + AES67 IN-WALL I/O INTERFACE

**Preliminary - Available Q3 2017**

The unA6IO-BT AES67 audio interface with Bluetooth is a cost effective multi-IO wall box. The unA6IO-BT features stereo Bluetooth® wireless audio input connectivity along with two RCA line level inputs and a 3.5mm TRS line level input. A 3.5mm TRS line level output on the front is also included. The unA6IO-BT is designed to fit into most dual gang US junction boxes and is PoE enabled, so all connectivity (power, control and audio data) is provided by a single CAT-5e/6 cable. The unA6IO-BT's unique mix of consumer style wired and wireless connectivity allows easy connection of a wide variety of user devices to an AES67 network - with no concerns about ground loops or other audio problems common with consumer devices.



https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf

## FEATURES AND BENEFITS

- Simple pairing one button pairing/connect process for standalone operation with LED indication of connection status
- Defeatable pairing button for restricted use applications with 3rd party control systems
- Customizable Bluetooth® friendly name in applications with co-located unA6IO-BTs
- Compatible with most smartphones, Apple iPads, and Android tablets
- Two RCA and one 3.5mm stereo input
- One 3.5mm stereo output on the front. All outputs feature software controlled volume
- 802.3af compliant PoE powered to work with any compliant PoE network switch
- RCA inputs and 3.5mm input (carried as stereo) can be select-ed via software, individually or in combination, as an audio flow (see Audio Flow diagram)
- Bluetooth™ audio is carried as stereo onto the AES67 network
- AES67 is compatible with **all** QSC Core DSPs

https://www.qsc.com/resource-files/productresources/dn/discontinued/attero-tech/q_attero_tech_una6io_bt_product_brief.pdf